11-CV-00037-RESP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

**EXHIBIT E**

---

11

## EXCLUSIVE DESIGN AGREEMENT

DESIGN OWNER:   CHASSIDY LUCAS-MELLOR
2914 84TH AVE COURT WEST
UNIVERSITY PLACE, WA 98466

MANUFACTURER: METROCHEM, INC DBA ENVIROMET
PO BOX 907
VANCOUVER, WA 98666

DESIGN/TRADEMARK:  SEA LIFE SAVER LINER

This agreement is between the DESIGN OWNER and the MANUFACTURER regarding the SEA LIFE SAVER LINER. METROCHEM, INC DBA ENVIROMET agrees to manufacture the SEA LIFE SAVER LINERS exclusively for CHASSIDY LUCAS-MELLOR under its current design as provided by DESIGN OWNER.

Any and all changes or improvements to the design must be approved and authorized by the DESIGN OWNER.

This agreement does not prevent MANUFACTURER from selling, designing, manufacturing other product, and catch basin inserts to other customers in any market place.

**_Pricing:_**
DESIGN OWNER agrees to purchase SEA LIFE SAVER LINERS from manufacturer at agreed price. MANUFACTURER will notify DESIGN OWNER at least 30 days prior to any price changes.

**_Terms:_**
CHASSIDY LUCAS-MELLOR will receive NET 30 DAY terms on all shipments. CHASSIDY LUCAS-MELLOR and affiliates must keep its account current, or credit terms will be adjusted.

**_Freight and shipping:_**
Freight will be FOB Vancouver, WA. Other shipping terms to be determined at time of inquiry or order.

**_Cancellation or Termination:_**
This agreement may not be cancelled without cause. Cause for termination may only include: failure to perform or to achieve mutually established and reasonable goals, default, closure of business, breach of exclusivity, or other mutually agreed reason.

It is understood that in the event the business relationship between METROCHEM, INC DBA ENVIROMET and CHASSIDY LUCAS-MELLOR is terminated, the specific design of the SEA-LIFE SAVER LINERS is owned and trademarked by CHASSIDY F. LUCAS-MELLOR. METROCHEM INC, DBA: ENVIROMET may not manufacture this product for any other customer.

**_Insurance:_**
DESIGN OWNER agrees to carry all sufficient product liability insurance and to hold METROCHEM, INC DBA: ENVIROMET harmless from all product liability.

METROCHEM INC DBA ENVIROMET    Date
Roni R. Sasaki, President

CHASSIDY LUCAS-MELLOR    D:    10.12.02

1   Roni Sasaki and Enpac have manufactured and distributed many versions of liners that they have
2   labeled patent no. 7,201,843 and other patent labels. In 2003 it was first called the patent pending
3   "Drain Web" from Spider Environmental. See exhibit "F"

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT F**



# ….Because a little spill goes a long way

*Storm water runoff carries with it dirt and hydrocarbons that pollute our downstream supplies. The Drain Web traps these pollutants, reducing and controlling the entrance of contaminants into our water systems.*

## Adjustable Catch Basin Insert

**PATENT PENDING**



 The DRAIN WEB is a simple device supported by a wire frame. Rectangular or round models both adjust to fit a variety of drain sizes. The entire unit is under the grate, no excess fabric extends above the grate, creating a safer environment for pedestrians. No trimming required.

The DRAIN WEB is an inexpensive, easy to use Best Management Practice (BMP), a vital part of any Storm Water Pollution Prevention Plan.

 The first step to comply with the stringent new EPA standards.

---

## Specifications:

**Size:** Adjusts to Rectangular Drains; smallest 16"X20"; largest 24"X34"
Bag=22" Deep; Opening=10", Round adjust from 27" to 29" diameter.

**Material:** 8 oz Polypropylene, Non-Woven Geotextile Fabric

**Flow Rate:** Maximum overflow rate = up to 300 gallons per minute.
The Drain Web has overflow outlets to allow excessive water from heavy rain showers to bypass the system, reducing the chance of flooding or ponding.

**Removes:** Oil, Grease, Sediment, Litter, Debris

**Disposal:** Disposal is dependent on nature of pollutants being collected. Disposal should be in accordance to local, state and federal regulations.

**Weight:** Empty = Oil & Sediment units are approx. 2.5 lbs.
Sediment only units are approx 2 lbs.
Full = Weight of empty unit plus weight of sediment and water trapped in unit.
Dry sediment could weigh 30-50 pounds. Fully loaded, wet units can weigh approximately 85-135 pounds.

---

**To Install:**
1. Remove the grating.
2. Insert the bag into the basin and extend the wire frame to fit the inside lip of the catch basin. This is done by gently pulling on the corners of the frame. They can be pulled out or pushed in until the size is correct.
3. Replace the grating.

**To Remove:**
1. Remove the grating. The wire frame holds the unit securely in place even when loaded.
2. Remove the insert using the pull strap.
3. Properly dispose of the used insert or empty it to use again.





## To Install:
Remove grate and adjust wire frame to fit in recess.  Place insert into recess and frame into the corners.



Replace metal grate.

No part of Drain Web extends above the surface.



## To Remove:
Lift the grate and pull out insert.  Insert does not fall into basin, even when fully loaded. Install new insert and dispose of used insert according to company policy and all applicable laws.





....Because a little spill goes a long way

Adjustable Catch Basin Insert

# New From:
# Spider Environmental
# PO Box 582
# Vancouver, WA  98666

| | Part Number | Distributor 51+ Units | Distributor 10-50 Units | Distributor 1-9 Units |
|---|---|---|---|---|
| **Drain Web Price List** Effective 1/30/03 | | | | |
| **Drain Web Oil & Sediment** | **DWOS-REC** *(rectangle)* **DWOS-RND** *(round)* | $42.00 | $44.10 | $46.30 |
| **Drain Web Sediment Only** | **DWSED-REC** *(rectangle)* **DWSED-RND** *(round)* | $25.50 | $26.60 | $27.35 |
| **Replacement mini-boom 5"x15"** | **DWBOOM** | $4.50 | $4.95 | N/A |
| *prices are per unit specify round or rectangle* | | | | |

Call: 360-944-9563 or 800-590-2436
Fax:  360-896-2456

1  In 2003 the "Drain Web" was then called the "flo guard"  and "Storm Sentinel" by Enpac
2  Corporation.

3  See Enpac the first augmentation and distribution of liners beginning with Thomas Net NEWS
4  exhibit "G"

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

EXHIBIT G

15

Enter Keyword or Item No.          Submit Qu

| Username | | Password | | Sign In | **Forgot Password?** **New User?** **SEARCH TIPS** |

Shopping          Advanced Search          Govt. Services          Quick Links          My Account

**MY BASKET**
Your Basket is empty

**CATEGORIES**

Home          Safety & Security          Environmental Safety          Spill Control          Drain Seals

**ENPAC**

## Flow Guard™ Adjustable

Prevent storm water pollution with the

- Durable 8 oz nonwoven geo
- Maximum overflow rate of 3
- Collects sediment, litter and
- Optional nonleaching copoly hydrocarbons.
- Fits rectangular drains from from 27" to 29".


View Larger Image

**Spill Control - Drain Seals**          Spill

SpillTech
Drain Cover Drain Seals
**AS LOW AS $308.32**
**Each**

Flow G

**Spill Control - Drain Seals**

UltraTech International, Inc.
Ultra-DrainGuard®
**AS LOW AS $70.91**
**Each**

**Estimated Shipping Charges:** We hav
Subtotal. Actual shipping charges will
and actual weights are known.

Click Here for Shipping Info

**Paste link in E-mail or IM**
http://www.advancesafetyequip.com/Grou

Enpac Corporation: Drain Seals : Flow Guard™ Adjustable Catch Basin Insert-Advance ...   Page 2 of 3

| |
|---|
| Adhesives, Sealants and Tape |
| Arc Flash Protection |
| Cleanroom Cleaning Supplies |
| Cleanroom Clothing |
| Confined Space |
| Construction Safety |
| Emergency Eyewash/Showers |
| EMS/Rescue/First Responders |
| Environmental Safety |
| Equipment Cases |
| Ergonomics |
| Eye and Face Protection |
| Facility Maintenance |
| Fall Protection |
| Fire Fighting |
| Fire Safety |
| First Aid/Emergency Response |
| Flame Resistant Clothing |
| Fleet Safety |
| Foot and Leg Protection |
| Gas Detection & Monitoring |
| Hand Protection |
| Head Protection |
| Hearing Protection |
| Heat Stress/Cooling Products |
| High Visibility Reflective Products |
| Incident Response/HazMat |
| Industrial Safety |
| Industrial Supplies |
| Lockout/Tagout |
| Protective Clothing |
| Rainwear |
| Respiratory Protection |
| Signs/Tags and Labels |
| Storage and Handling |
| Tool Storage |
| Traffic Control |
| Training and Compliance |
| Welding Clothing |
| Welding Gloves |
| Welding Safety |
| Workwear /Uniforms |

Enter Keyword or Item No.          Submit Qu

Username [          ] Password [          ] [Sign in]   Forgot Password?   New User?   SEARCH TIPS

Shopping      Advanced Search      Govt. Services      Quick Links      My Account      My Cart      Services      Resources

**MY BASKET**
Your Basket is empty

**CATEGORIES**
Adhesives, Sealants and Tape
Arc Flash Protection
Cleanroom Cleaning Supplies
Cleanroom Clothing
Confined Space
Construction Safety
Emergency Eyewash/Showers
EMS/Rescue/First Responders
Environmental Safety
Equipment Cases
Ergonomics
Eye and Face Protection
Facility Maintenance
Fall Protection
Fire Fighting
Fire Safety
First Aid/Emergency Response
Flame Resistant Clothing
Fleet Safety
Foot and Leg Protection
Gas Detection & Monitoring
Hand Protection
Head Protection
Hearing Protection
Heat Stress/Cooling Products
High Visibility Reflective Products
Incident Response/HazMat
Industrial Safety
Industrial Supplies
Lockout/Tagout
Protective Clothing
Rainwear
Respiratory Protection
Signs/Tags and Labels
Storage and Handling
Tool Storage
Traffic Control
Training and Compliance
Welding Clothing
Welding Gloves
Welding Safety
Workwear /Uniforms

Home   Safety & Security   Environmental Safety   Spill Control   Drain Seals   Enpac Corporation

**ENPAC**
## Flow Guard™ Adjustable Catch Basin Insert
Prevent storm water pollution with the easy-to-use Flow Guard Adjustable Catch Basin Insert.

- Durable 8 oz nonwoven geotextile fabric.
- Maximum overflow rate of 300 gpm limits the possibility of flooding.
- Collects sediment, litter and other debris in rectangular or circular drains.
- Optional nonleaching copolymer sock captures up to one gallon of oil or other hydrocarbons.
- Fits rectangular drains from 16 x 20" to 24 x 34" and round drains with diameters from 27" to 29".

View Larger Image

Spill Control - Drain Seals
SpillTech
Drain Cover Drain Seals
AS LOW AS $308.32
Each

Spill Control - Drain Seals
Enpac Corporation
Flow Guard™ Adjustable Catch Basin Insert
AS LOW AS $61.30
Each

Spill Control - Drain Seals
Enpac Corporation
Flow Guard™ Adjustable Catch Basin Insert
AS LOW AS $61.30
Each

Spill Control - Drain Seals
Ultra Tech International, Inc.
Ultra-DrainGuard®
AS LOW AS $70.91
Each

**Estimated Shipping Charges:** We have estimated Shipping Charges based on the Order Subtotal. Actual shipping charges will be applied to your order once the order is processed and actual weights are known.
Click Here for Shipping Info

Paste link in E-mail or IM
[http://www.advancesafetyequip.com/GroupInfo/GroupID/5461]

**E-mail a Friend**

### Enter Your Name & Email Address:
Your Name: [          ]

Your Email Address: [          ]

### Select Recipients:
Name: [          ]
Email Address: [          ]
Name: [          ]
Email Address: [          ]

Enter a personal message:

[Email to a Friend]

VISA

Secured by thawte
2010-10-17

Enpac Corporation: Drain Seals : Flow Guard™ Adjustable Catch Basin Insert-Advance ...   Page 2 of 2

| Hotlist | Image | Item No. | Mfg No. | Description | Unit | Price Details | Qty | Select |
|---------|-------|----------|---------|-------------|------|---------------|-----|--------|
| >> ADD TO HOTLIST! | | ENP1340 | 1340 | Flow Guard, Sediment Only, Round, Weight: 3 lbs | Each | $64.53 Buy 5 or more SAVE $3.23 Per Unit | | |
| >> ADD TO HOTLIST! | | ENP1341 | 1341 | Flow Guard, Sediment Only, Rectangular, Weight: 3 lbs | Each | $64.53 Buy 5 or more SAVE $3.23 Per Unit | | |
| >> ADD TO HOTLIST! | | ENP1343 | 1342 | Flow Guard, Sediment and Oil w/ Sock, Round, Weight: 3 lbs | Each | $92.58 Buy 5 or more SAVE $4.63 Per Unit | | |
| >> ADD TO HOTLIST! | | ENP1344 | 1344 | Flow Guard, Sediment and Oil w/Sock, Rectangular, Weight: 3 lbs | Each | $92.58 Buy 5 or more SAVE $4.63 Per Unit | | |

Security and Privacy Policy
Return Policy/Terms

©2010 Advance Safety Equipment | 5321 Cleveland Street, Suite 201 | Virginia Beach, VA 23462 | Phone: 877-248-5999; Local: (757) 248-8802 | Fax: (757) 248-8804
Terms & Conditions | Legal Information | Security
Admin Login

**VISA**

**Secured by thawte**
2010-10-17

**Authorize.Net**

Security and Privacy Policy
Return Policy/Terms

**E-mail a Friend**

**Enter Your Name & Email Addr**

Your Name:                          [

Your Email Address:                 [

**Select Recipients:**

Name:                               [
Email Address:                      [
Name:                               [
Email Address:                      [
Enter a personal message:

[ Email to a Friend ]

| Hotlist | Image | Item No. | Mfg No. | Description |
|---------|-------|----------|---------|-------------|
| >> ADD TO HOTLIST | | ENP1340 | 1340 | Flow Guard, Sediment Only, Round, Weight: 3 lbs |
| >> ADD TO HOTLIST | | ENP1341 | 1341 | Flow Guard, Sediment Only, Rectangular, Weight: |
| >> ADD TO HOTLIST | | ENP1343 | 1343 | Flow Guard, Sediment and Oil w/ Sock, Round, Wei |
| >> ADD TO HOTLIST | | ENP1344 | 1344 | Flow Guard, Sediment and Oil w/Sock, Rectangular |

©2010 Advance Safety Equipment | 5321 Cleveland Street, Suite 201 | Virginia Beach, VA 23462 | Phone: 877-248
Terms & Conditions | Legal Information | Security
Admin Login

# How To Do Stormwater Sampling
## A guide for industrial facilities





Washington State
Department of Ecology

December 2002 (rev. 1/05)

*Publication #02-10-071*

Catch Basin Insert complies with EPA storm-water regulations., Enpac Corp. - _normalSt...   Page 1 of 6

Go to MyThomas | Log Out | ThomasNet Home | **Product News** | Forums | White Papers | Promote Your Busine

# ThomasNet
## NEWS
CONNECTING INDUSTRY

Search for: [          ]   Search what: [ News          ] [ Go ]

Home | My ThomasNet News | Industry Market Trends | Submit Release | Advertise | About Us    Oct 17, 2010

Advertisement



### Sections

Latest New Product News

Industry Market Trends

Green & Clean **NEW!**

Association & Government News

Adhesives and Sealants

Agricultural and Farming Products

Architectural and Civil Engineering Products

Automatic ID

Chemical Processing and Waste Management

Cleaning Products and Equipment

Communication Systems and Equipment

Computer Hardware and Peripherals

Construction Equipment and Supplies

Controls and Controllers

Display and Presentation Equipment

Electrical Equipment and Systems

Electronic Components and Devices

Explosives, Armaments and Weaponry

Fasteners and Hardware

Fluid and Gas Flow Equipment

Food Processing and Preparation

Health, Medical and Dental Supplies and Equipment

HVAC

# Catch Basin Insert complies with EPA storm-water regulations.



Catch Basin Insert complies with EPA storm-water regulations.

Click Here to Enlarge Picture

**July 10, 2003** - STORM SENTINELâ„¢ Adjustable Catch Basin Insert eliminates non-point-source oil and other contamination of water supplies. Insert, with optional Non-Leaching Co-Polymer sock, traps oil, grease, sediment, litter, and debris carried in runoff. Self-supporting product, made of 8 oz, non-woven, geotextile fabric, has overflow rate of 300 gpm max. Rectangular type fits drains from 16 x 20 to 24 x 36 in, while round type fits drains with 27â€"29 in. diameter.

(Archive News Story - Products mentioned in this Archive News Story may or may not be available from the manufacturer.)

## Hello and Welcome!
## A Quick question, please?

Were you aware of this company or its products before seeing this new product announcement or company news item?

○ Yes   ○ No

**See related product stories**

▸ Stormwater Chamber meets standards for deep burial.

**Original Press Release**

Enpac Corp. 34355 Vokes Drive

**View detailed contact information.**

Eastlake, OH, 44095, USA

## STORM SENTINEL Stormwater Products Line

June 12, 2003. EASTLAKE, OHIO:

Labels, Tags, Signage and Equipment

Laboratory and Research Supplies and Equipment

Lubricants

Machinery and Machining Tools

Material Handling and Storage

Materials and Material Processing

Mechanical Components and Assemblies

Mechanical Power Transmission

Mining, Oil Drilling & Refining

Mounting and Attaching Products

Non-Industrial Products

Optics and Photonics

Packaging Products & Equipment

Paints and Coatings

Plant Furnishings and Accessories

Portable Tools

Printing and Duplicating Equipment

Retail and Sales Equipment

Robotics

Safety and Security Equipment

Sensors, Monitors and Transducers

Services

Software

Test and Measuring Instruments

Textile Industry Products

Thermal and Heating Equipment

Timers and Clocks

Transportation Industry Products

Vision Systems

▶ Dewatering Bag helps comply with EPA requirements.

▶ Stormwater Chamber offers storage capacity of 52.2 ft³/unit.

▶ Retention/Detention Chamber manages storm water runoff.

▶ Filter System retrofits to stormwater catch basins.

**See more product news in:**

▶ Architectural and Civil Engineering Products

**Tools for you**

del.icio.us                         DIGG

Facebook                          Reddit

StumbleUpon                    Twitter

▶ Print This Page               ▶ E-Mail Story

▶ Watch Company            ▶ Save Story

▶ View Company Profile

▶ Company web site

▶ More news from this company

Advertisement



SYNTHETIC LUBRICANTS

Our synthetic lubricants provide greater protection and fluid life over a wider range of conditions, enhancing product life, reducing downtime and ultimately increasing productivity.

**1.866.335.3369**
lubricants.petro-canada.ca

**Beyond today's standards.**   PETRO-CANADA

**More Tools and information**

**Search for suppliers of**

▶ Stormwater Containment Products

**Join the forum discussion at:**
▶ The Factory Floor

**Newsletters**

Your Gateway to a Fast Changing World
**Product News Alerts**

ENPAC Corporation announces the addition of their new STORM SENTINEL(tm) stormwater products line to its extensive and award-winning line of Portable Spill Containment Products. ENPAC's unique Adjustable Catch Basin Insert will be the leadoff product in the line.

"Small oil drips and leaks can cause big problems when washed off of work surfaces and streets and into the storm sewer. This new product is critical to compliance with the federal mandate to eliminate non-point-source oil and other contamination of water supplies called out in the EPA Storm Water Regulations", according to Chris Hilty, ENPAC VP of Sales & Marketing. "STORM SENTINEL (tm) is always on duty to protect our water supply" says Mr. Hilty.

"ENPAC's new STORM SENTINEL(tm) Adjustable Catch Basin Insert is an inexpensive, easy-to-use Best Management

Waste Handling Equipment
Welding Equipment and Supplies
**Press Releases**
Products in the News
Company News
Mergers & Acquisitions
People in the News
Literature & Websites
**Resources**
News Delivery Options
RSS  JS
IMTS 2010 Trade Show
Browse Categories
Browse Companies
Mobile Edition
PR Resources
Licensing
Advertising
How to Write an effective Press Release
Trade Associations
Small Business Support
MEP



Receive similar stories and other customized news to keep you in the know on the products shaping industry.

**Subscribe Free Today**
Subscribe   View Sample

**Industry Market Trends**
Has Got It



- Latest developments
- Trends
- Best practices
- Opinions & Commentary

**Get Ahead. Get IMT.**
Subscribe Free Today
Subscribe   View Sample

Practice which is a vital part of any Storm Water Pollution Prevention Plan and the first step to comply with stringent new EPA regulations", states Mr. Hilty. The STORM SENTINEL(tm) Adjustable Catch Basin Insert (w/optional Non-Leaching Co-Polymer sock) traps oil, grease, plus sediment, litter, and/or debris carried in runoff that pollutes water downstream.

The catch basin insert is completely self-supporting, and is made of durable 8 oz non-woven geotextile fabric and has a maximum overflow rate of 300 gpm, which reduces the chances of flooding or ponding. Rectangular type adjusts to fit drains from 16"x20" to 24"x36". Round type adjusts to fit drains from 27" to 29" diameter. The Non-Leaching Co-Polymer sock captures and encapsulates up to 1 gallon of oil or other hydrocarbon. Installs in minutes!

ENPAC Corporation is

the world leader in Secondary Containment, Spill Prevention, Stormwater, and Industrial Handling Products with distributors in over 30 nations around the globe. For more information about this item, or any of ENPAC's many other products, contact us by phone at 1-800-936-7229, or look us up on the web at WWW.ENPAC.COM.

Laura A. Langhans

ENPAC Corporation

Customer Service

Phone: 800-936-7229 ext 320

Fax: 800-993-6722

Email: laural@enpac.com

Website: www.enpac.com

**Contacts:**

**View detailed contact information.**

**More New Product News from this company:**

1   The so called Storm Sentinel took on various names shapes and sizes, some demonstrated
2   characteristics of the "drain diaper" and many took on characteristics of the "silt sack" In one
3   instance you will find both augmentation of "silt sack and "drain diaper on the same
4   advertisement it is even displayed with an invalid patent number as U.S. Patent No. 7,2101,843.
5   See exhibit "H"

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT H**

17

# STORM SENTINEL™
# ADJUSTABLE CATCH BASIN INSERT

The Storm Sentinel Drain Protection Inserts help companies comply with Stormwater Pollution Prevention Plans and Stormwater Best Management Practices by protecting your storm drains and catch basins. It's the sure way to catch oil and sediment headed into storm drains and sewers. Equipped with an oil-absorbent media in a screened bag, The Storm Sentinel guards against any potential discharge.




• Fits any size rectangular catch basin up to 24" x 36" and round basins up to 24" x 26". • Custom sizes available • 300 GPM overflow rate helps avoid ponding. • Requires no special tools to install. • Helps comply with NPDES, 40 CFR 122.26 (1999) when used as Best Management Practice in Storm Water Pollution Prevention Plans.

**STORM SENTINEL™**
Regulations: EPA, SPCC and NPDES

Product No.: 1340
Description: Sediment Only, Round
Weight: 2 lbs. / 1 kg

Product No.: 1341
Description: Sediment Only, Rectangular
Weight: 2 lbs. / 1 kg

Product No.: ENP-IE0077
Description: Non-leaching
Hydrocarbon Packet

Product No.: 1343
Description: Sediment & Oil, (w/packet)
Round
Weight: 4 lbs. / 2 kg

Product No.: 1344
Description: Sediment & Oil, (w/packet)
Rectangular
Weight: 3 lbs. / 1.4 kg





**TO INSTALL:** Remove grate and adjust wire frame to fit in recess.



Place insert into recess and frame into corners.



Replace metal grate.



No part of the insert extends above the surface.



**TO REMOVE:** Simply lift the grate, grab the handle and pull out the insert.



Insert won't fall into the basin, even when fully loaded. Dispose of the used insert according to company policy and all applicable laws and regulations.

**GREAT FOR USE IN:**
• Industrial Facilities
• Construction Sites
• Parking Lots
• Drive-Up Retail Facilities

U.S. Patent No. 7,210,843



Case 2:11-cv-00037-BHS   Document 22-1   Filed 03/04/11   Page 24 of 30

Enpac 1344 Catch Basin Insert - Reviews & Prices @ Yahoo! Shopping    Page 1 of 2

New User? Register   Sign In   Help                        Preview Mail w/ Y! Toolbar

Search

Home          Clothing          Electronics          Computers          Home & Garde

Submit Query     All depar



Shopping > Sporting Goods > Camping & Outdoors > Camping > Camping Knives & Tools > Enpac 1344 Catch Basin Insert

# Enpac 1344 Catch Basin Insert

**Overview**  |  Compare Prices



## $122.55

0 Ratings  (0 Reviews)

Write a Review

### Featured Merchants

**Amazon.com Marketplace**        $122.55

**See new & used prices (1) »**

## Product Description: Enpac 1344 Catch Basin Insert

Enpac Catch Basin Insert 1344 Catch Basin Insert Spill Containment Accessories Catch Basin Insert 300 Gallons per Minute Flow Capacity Adjustable t

## Compare Prices: Enpac 1344 Catch Basin Insert

Tax & shipping for ZIP code:             Submit Qt

| Store | Store Rating | Price | Notes/Coupons |
|---|---|---|---|
| **Amazon.com Marketplace** | 96 Ratings (81 Reviews) | **$122.55** Total Price N/A Unknown Tax | New Item |

1   This eventually resulted in the favor of the "Silt Sack" Here is a statement of the distributer of
2   the "Silt Sack" regarding Enpac illegal business approaches, and history of infringement. Also
3   the version of "Storm Sentinel" the court ordered Enpac to discontinue is still currently being
4   sold today to foreign countries by an Enpacs division called "Enware". See Exhibit "I"

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| EXHIBIT I |
| --- |

19

## Bianca Lucas

| | |
|---|---|
| **From:** | Mark Shaw [mark@spillcontainment.com] |
| **Sent:** | Wednesday, January 12, 2011 4:30 AM |
| **To:** | biancalucas@stormwaterpure.com |
| **Subject:** | Upcoming trial |
| **Attachments:** | image003.gif; image004.jpg |

Hi Bianca.  Thank you for notifying us about the upcoming trial against Enpac.  We wish you success in your effort.

I am not able to attend due to other obligations but I would like to share the following information with you.  I am not sure if any of it will help or can be used, but better to share this with you than not.

1.      Enpac has shown a history of infringing and not living up to their agreements.  UltraTech has sued them three times, twice for patent infringement and settled to our satisfaction.  In both cases they had to change the product and stop selling the version they had been selling.  The third suit was to get them to complete the terms of their settlement agreement.   We also sent them a letter regarding false marking of a patent number which they subsequently ceased doing.  I believed they were sued by a company named Aire for breaching a contract.  They also were charged with bribing state DOT officials, submitting false invoices and other illegal activities in their attempt to win Ohio DOT contracts.  This certainly shows a trend in how they do business.

2.      ACF sued Metrochem for patent infringement on the "DrainGuard" patent (UltraTech's product). UltraTech is the exclusive licensee and ACF owns the patent.  During the settlement of that initial suit, Metrochem formed a new company Spyder Environmental and was working on a new adjustable frame design catch basin insert during those settlement discussions.  They were sued again after they came out with the new design and they filed two patent reexamination requests.  The end result was a settlement and Metrochem/Spyder/Sasaki had to change their design and they came out with the unformed bag design (that they had an agreement to make only for you, as I understand it).

3.      From what I can tell, I think the initial manufacturing agreement you had with Roni has some importance in this case.   While they could make the unformed bag as a way to avoid infringing the ACF "DrainGuard" patents and that was part of a settlement agreement, it appears they had a previous agreement stating they would not make a bag type insert for anyone but you.  You had taught them about that design and about the stormwater market in general.  So if they cannot make a bag with a skirt or else they would infringe on ACF/UltraTech, and if they cannot make a unformed bag design per their agreement with you, then they would not seem to have any options for making their product for Enpac to sell.  That would be one means to get them out fo the market.

If you need any affidavits or if there is anything else I can do for you, please let me know.  Good luck.

UltraTech Logo master copy2

Mark Shaw • Co-President

UltraTech International, Inc.

11542 Davis Creek Court Jacksonville, FL 32256 USA

800.353.1611 x 205    904.292.1611 x 205

Fax:  904.292.1325

Mark@SpillContainment.com

      cid:image002.gif@01CAF835.F9030400


  UltraTech was voted the # 1 rated place to to work in Northeast Florida, 2010


SpillContainment <http://www.spillcontainment.com/>  *  Stormwater Management
<http://www.stormwater-products.com/>

 Facility Protection <http://www.facilityprotection.com/>  * Construction Compliance
<http://www.constructioncompliance.com/>

RadWaste Management <http://www.radwasteproducts.com/>

Case 2:11-cv-00037-BHS   Document 22-1   Filed 03/04/11   Page 29 of 30

- About Enware
- Brochures
- News
- Careers
- Contact us
- search...                    Go

- Logo
- Australia's leading tapware
  and safety systems

Portable Spill Containment > E1340      🖶 Print Friendly

Product Group: E1340

# Storm Sentinel Adjustable Catch Basin Insert



Click for a larger view

Adjustable Catch Basin Insert
Catch oil and sediment headed into storm drains and sewers.

The Storm Sentinel Drain Protection Inserts help companies comly with Stormwater Pollution Prevention Plans and Stowmwater Best Management Policies by protecting your storm drains and catch basins.

Insert won't fall into the basin, even when fully loaded.

- Fits any size rectangular catch basin up to 61 x 91cm and round basins up to 61 x 66cm
- Custom sizes available
- 1135 litres per minute overflow rate helps avoid ponding.
- Requires no special tools to install.

## Order codes

**E1340** - Storm Sentinel Adjustable Catch Basin Insert - Settlement only - suitable for round drains
**E1341** - Storm Sentinel Adjustable Catch Basin Insert - Settlement only - suitable for square drains
**E1343** - Storm Sentinel Adjustable Catch Basin Insert - Settlement & Oil with non-leaching Hydrocarbon Packet - suitable for round drains
**E1344** - Storm Sentinel Adjustable Catch Basin Insert - Settlement & Oil with Non-leaching Hydrocarbon Packet - suitable for square drains
**E1342** - Replacement Non-leaching Hydrocarbon Packet

## Applications

Industrial Facilities, Construction, Parking Lots, drive-up retail Facilities,

**Details**

Finish Options
N/A

Colour Indicators
N/A

**Resources**

E1340 Brochure - PDF

 Back

- Terms |
- Privacy |
- Email us

- © All Rights Reserved 2008. Enware Australia Pty Limited.
  Phone: +61 2 9525 9511 Fax: +61 2 9525 9536

- Web Content Management by Elcom

