11-CV-00037-RESP (pgs 78-117)



**Cracks usually close
as we re-level your home**

Gr...

# infolink

Australia's Architecture, Building,
Construction and Design Directory

**Add My Business**

## Infolink Categories

- Bathrooms & Laundries
- Building & Construction Equipment
- Commercial & Retail Fitouts
- Landscaping & Outdoor

**View All Categories**

## Infolink Special Feature
Summer 2010/11

NEW

Click here

Be the first to know about new products, services and developments. Sign up for Infolink Product News.

*Enter email here*        Sign up

---

### Storm Sentinels from Enware Australia prevent oil an entering drains and sewers

**by Enware Australia**

Email        Contact Details        www.enware.com.au

Enware Safe-Equip, a division of Enware Australia , introduces a new drain protection insert to help companies comply with stormwater pollution containment and prevention plans and best management practices.

The Storm Sentinel is an adjustable catch basin insert that protects storm drains and catch basins by capturing oil and sediment before it finds its way into pipelines on industrial, commercial and municipal sites.

Storm Sentinel drain protection insert is supplied with an oil-absorbent media in a screened bag, and also guards against potential discharge on construction sites, parking areas and drive-up retail facilities.

The drain protection insert can handle up to 8870 litres a minute overflow rate to help prevent ponding, and the drain insert will not fall into the basin even if fully loaded. The Storm Sentinel drain protection insert requires no special tools to install and will fit any size rectangular catch basin up to 61x91cm and round basins up to 61x66cm. Drain protection inserts are available in customisable sizes.

Storm Sentinel drain protection inserts are part of Safe-Equip's comprehensive range of spill containment and dispensing solutions, including environmental and worker protection products, bunding and racking systems, multiple drum spill pallets and workstations, bulk container systems, portable spill containment berms, salvage drums and emergency response equipment including customised spill kits, Ze eyewash and decontamination solutions.

Storm Sentinels from Enware Australia prevent oil and sediment entering drains and sewers  Page 2 of 3



FOR FREE ENTRY

▸ CLICK HERE

09.03.2010

**1300 693 685**          **Ask a question**          **Request a q**

**Send to a friend**

## Related products from Enware Australia

**View All 2 Products from Enware Australia**

## Related news from Enware Australia

**Drive in and drive out portable spill containment berms availa
Australia**

02.03.2010 - water.Enware Safe-Equip spill containment berms, b
systems are included in the comprehensive range of spill containm

**SpillPal spill containment units from Enware Australia protect
major water security project**

02.11.2009 - **Enware Australia**'s portable Enpac SpillPal spill con
provided by Blackwoods ACT, are being used to ensure good envi

RSS Feed |    **View All 51 News from Enware Australia**

## Related news

**80mm RockTop Leak Prevention Waste systems from Rock Tc**

03.03.2011 - The 80mm RockTop Leak Prevention Waste systems
of waste drainage systems by award-winning designers Rock Top

**Modular racking systems for retail available from Solid Dynan**

25.01.2011 - Clamp, Solid Dynamics supplies simple, strong and fl
for the retail industry.Their versatile fittings are made of ...

Copyright to Add My Business  |
Information (c) 2005-2009  All
material on this site is subject to
copyright. All rights reserved. No
part of this material may be
reproduced, translated,
transmitted, framed or stored in a
retrieval system for public or
private use without the written
permission of the publisher.

Submit Free Article  |
Advertise On Infolink  |
eNewsletter  |  News Archive  |
About Us  |  Contact Us  |  Privacy
Policy  |  Terms Of Use  |  Helpful
Links

1   Which has then resulted in what Enpac now calls the "Storm Drain Defender" "Enpac Insert"
2   "Storm Sentinel" this is a current derivative of the Sea Life Saver liner scientifically intended for
3   healthy usage only within a supporting structure. see Exhibit "J"

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT J**

# STORM SENTINEL™
# ADJUSTABLE CATCH BASIN INSERT



The Storm Sentinel Drain Protection Inserts help companies comply with Stormwater Pollution Prevention Plans and Stormwater Best Management Practices by protecting your storm drains and catch basins. It's the sure way to catch oil and sediment headed into storm drains and sewers. Equipped with an oil-absorbent media in a screened bag, the Storm Sentinel guards against any potential discharge.



**NEW**

ENPAC's® enhanced design has dramatically increased the surface area for greater sediment retention while decreasing the depth of the unit in the catch basin.

- 1341 & 1344 fit any size rectangular catch basin's from 16"x20" to 28"x36". XL version fits rectangular catch basin's up to 42"x42".
- 1342 & 1343 fit any size round catch basin's from 27" to 29" in diameter. Custom sizes available.

- Up to 500 GPM overflow rate helps avoid ponding.
- Requires no special tools to install
- Helps comply with NPDES, 40 CFR 122.26 when used as Best Management Practice in Storm Water Pollution Prevention Plans.

   

**TO INSTALL:** Remove grate and adjust wire frame to fit in recess.

Place insert into recess and frame into corners. Replace metal grate.

No part of the insert extends above the surface.

**TO REMOVE:** Simply lift the grate, grab the handle and pull out the insert



**NEW**

# STORM SENTINEL™
## ADJUSTABLE CURB INLET INSERT

ENPAC's® new Storm Sentinel™ Adjustable Curb Inlet Insert was designed and engineered to perform to the same demanding test requirements as our award winning Catch Basin Insert's above. You can now have the same high quality inserts for Curb Inlet situations. Adjustable to fit curb inlet openings from 24" to 30" wide.

Insert won't fall into the basin, even when fully loaded. Dispose of the used insert according to company policy and all applicable laws and regulations.

## GREAT FOR USE IN:
- Industrial facilities
- Construction sites
- Parking lots
- Drive-up retail facilities

Installation and removal only takes one person, competitive units requires two+ persons to complete the job. **One person job!**

U.S. Patent No. 7,201,843



33



**PRODUCT DOCUMENTS**
Instruction, Reglations & More.



Stormwater Best Management Practices by protecting y
storm drains and catch basins. It's the sure way to catch
and sediment headed into storm drains and sewers.
Equipped with an oil-absorbent media in a screened bag
Storm Sentinel guards against any potential discharge.

ENPAC's enhanced design has dramatically increased t
surface area for greater sediment retention while decrea
the depth of the unit in the catch basin.

1341 & 1344 fit any size rectangular catch basin's
from 16"x20" to 28"x36". XL version fits rectangu
catch basin's up to 42"x42".
1340 & 1343 fit any size round catch basin's from
27" to 29" in diameter. Custom sizes available.
Up to 500 GPM overflow rate helps avoid ponding
Requires no special tools to install.
Helps comply with NPDES, 40 CFR 122.26 when
used as Best Management Practice in Storm Water
Pollution Prevention Plans.

**TO INSTALL:** Remove grate and adjust wire frame to fi
recess. Place insert into recess and frame into corners.
Replace metal grate.

**TO REMOVE:** Simply lift the grate, grab the handle and
out the insert. No part of the insert extends above the
surface.

**Round, 27 to 29"**

Product No.: 1340-TD
Description: Trash & Debris
Weight: 2 lbs. / 1kg

Product No.: 1340
Description: Trash, Sediment, Debris
Weight: 2 lbs. / 1 kg

Product No.: 1343
Description: Trash, Sediment, Debris, Oils, Hydrocarbor
Weight: 3 lbs / 1.4 kg

**Rectangular, 16x20" to 28x36"**

# Stormwater

Storm Sentinel Adjustable Catch Basin
Insert™
Storm Sentinel Adjustable Curb Inlet
Insert™

**Storm Sentinel Adjustable Catch Basin Insert™**





Salvage Drums

Dispensing

Storage

Pallets

Portable Containment

Sorbents

Spill Kits

# ENVIROMET
## Please call 1-800-590-2436 to Order



**Made In the USA**
*Buy Now!*

## Storm Drain Defender

- The Storm Drain Defender is a simple sheet of geotextile fabric supported by a wire frame. rectangular or round models both adjust to fit a variety of drain sizes. The entire unit is under the grate, no excess fabric extends above the grate, creating a safer enviroment for pedestians. No triming required.

- The Storm Drain Defender is an inexpensive, easy to use Best Management Practice (BMP), a vital part of any Storm Water Pollution Prevention Plan.

- The first step to comply with the stringent EPA standards.

Back to Index

## Catch Basin Insert

A Catch Basin Insert is a temporary device that fits into a storm drain to effectively improve the water quality of our Lakes, Streams, and Oceans. Our catch basin insert goes into many sizes of catch basin that include a grate or curb inlet where storm water enters the catch basin and a sump captures sediment, debris and associated pollutants. They are also used in combined sewer watersheds to capture floatable and settle some solids. Catch basins operate as precaution to reduce the amount of pollutants that enter the water way. The Storm Drain Defender Catch Basin Insert is constructed of 8 ounce geotextile fabric that is held in place under the basin grate utilizing a simple wire frame. The wire frame is adjustable to expand or reduce to fit a wide variety of sizes. Both rectangular and round models are available. Regular maintenance is required to preserve the quality and effectiveness of the Catch Basin Insert. The Catch Basin Insert used property and maintained will drastically reduce the amount of pollutants that enter the storm water system including sediment, oil, heavy metals, trash and debris. The Catch Basin Inserts offered by Spill-Kit are easier to use than those of its competitors. The wire frame allows for easy installation and removal.

Spill-Kit has been one of the pioneers in the field of Catch basin insert. The company has gained a list of loyal customers for its excellent enduring services. Along with service, Spill Kit offers consultation and guidance to its customers to let them choose the best. The customer service desk works hard to offer assistance. Such prompt service has resulted in taking Spill-Kit to the higher level and a better position and name over the years. We offer several sizes and configurations in standard dimensions that fit into a wide range of existing vaults and structures. We also design catch basins for new sites customized to your specifications.

# The Storm Drain Defender

| Product # | DDSED-RND | DDSED-REC | DDREC-WPIL10 | DDRND-WPIL10 |
|---|---|---|---|---|
| Decription | Round Drain Insert | Rectangle Drain Insert | Rectangle w/ Pillow | Round w/ Pillow |
| Weight | 2lbs | 2lbs | 4lbs | 4lbs |
| Dimensions | Smallest 27" Diameter Largest 29" Diameter | Smallest 16" x 20" Largest 28" x 36" | Smallest 16" x 20" Largest 28" x 36" | Smallest 27" Diameter Largest 29" Diameter |
| Price | $54.00 | $54.00 | $64.00 | $64.00 |

About Us| News| Contact us| Links| Sitemap| XML ©2008 EnviroMet



**TOLL FREE**
**1-800-590-2436** WELCOME TO
# SPILL-KIT.COM
SPILL CLEAN UP AND CONTAINMENT PRODUCTS
PROUDLY BROUGHT TO YOU BY ENVIROMET - THE SPILL KIT SPECIALIST

**About Us| News| Contact us| Links**

## Welcome to EnviroMet's Online Store

KT5O / SP2O / Precation Kits / Quick Links

### Section Links

**Absorbents-Oil & Universal**

**Absorbents-Loose**

**Absorbents-Industrial Mats**

**Berms**

**Cleaners**

**Containment Boom**

**Neutralizers**

**Outdoor Storage**

**Overpacks/Dispensing**

**Portable Containment**

**Portable Toilets**

**Specialty Products**

**Spill Containment Pallets**

**Spill Kits-BioHazard**

**Spill Kits-Caustic**

**Spill Kits - Healthcare**

**Spill Kits-Hospitality**

**Spill Kits-Pesticide**

**Spill Kits - Oil & Universal**

**Storm Drain Defender**

### Proud Suppliers of

**EnviroMet**

**Enpac**

**SpillTech**

**AmeriZorb**

**Plug N'Dike**

**Zimmerlite**

**To Download Catalog Click Here...**





TOLL FREE
# 1-800-590-2436

WELCOME TO
# SPILL-KIT.COM
SPILL CLEAN UP AND CONTAINMENT PRODUCTS
PROUDLY BROUGHT TO YOU BY ENVIROMET - THE SPILL KIT SPECIALIST

**About Us| News| Contact us| Links**
## Welcome to EnviroMet's Online Store
KT5O / SP2O / Precation Kits / Quick Links

### Section Links
**Absorbents-Oil & Universal**

**Absorbents-Loose**

**Absorbents-Industrial Mats**

**Berms**

**Cleaners**

**Containment Boom**

**Neutralizers**

**Outdoor Storage**

**Overpacks/Dispensing**

**Portable Containment**

**Portable Toilets**

**Specialty Products**

**Spill Containment Pallets**

**Spill Kits-BioHazard**

**Spill Kits-Caustic**

**Spill Kits - Healthcare**

**Spill Kits-Hospitality**

**Spill Kits-Pesticide**

**Spill Kits - Oil & Universal**

**Storm Drain Defender**



rs of

et

h

rb

Plug N Dike

**Zimmerlite**

**To Download Catalog Click Here...**



## Feature Product: The Storm Drain Defender

### Saving The World One Drain At a Time!

Storm water runoff carries with it dirt and hydrocarbons that pollute our downstream supplies.The Storm Drain Defender traps these pollutants, reducing and controlling entrance of contaminants into our water systems.





Home | Sign In | Your Account | Register

0 Items in your Order | Contact Us | Help

**GRAINGER.**
FOR THE ONES WHO GET IT DONE

Catalog 401     Find a Branch

Search                                    Search

Products    Resources    Services    Worldwide    Repair Parts    About Us    Today's Features

Site Features

# ENPAC Insert, Catch Basin

Safety > Spill Control Supplies > Spill Containment Accessories

Catch Basin insert, 300 Gallons per Minute Flow Capacity, Adjustable to Fit 16 x 20 Inch to 24 x 36 Inch Drains, Height 22 Inches, 1 Gallon Sorbed Capacity, Material Non-Woven Geotextile, Color Black

| | |
|---|---|
| Grainger Item # | 3BU44 |
| Price (ea.) | **$106.65** |
| Brand | ENPAC |
| Mfr. Model # | 1344 |
| Ship Qty. | 1 |
| Sell Qty. (Will-Call) | 1 |
| Ship Weight (lbs.) | 2.25 |
| Usually Ships** | Today |
| Catalog Page No. | 2356 |
| Country of Origin | USA |
| (Country of Origin is subject to change.) | |

Enlarge Image

Qty.

Add to Order    Add to Personal List

Price shown may not reflect your price. Sign in or register

| Tech Specs | Additional Information | Compliance & Restrictions | MSDS | Required Accessories | Optional Accessories | Alternate Products | Repair Parts |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Item | Catch Basin Insert |
| Spill Capacity | 1 |
| Flow Capacity (GPM) | 300 |
| Length | 24" |
| Width | 36" |
| Height | 22" |
| Material | Non-Woven Geotextile Fabric |
| For Use With | Inserts Drains Ranging from 16 x 20 to 24 x 36 |

View Catalog Page    View Printable Page

The "Usually Ships" reflects when an item is generally expected to ship from Grainger based on its stocking location. Real-time availability information will be shown during the checkout process and on the e-mail order confirmation (for U.S. and Puerto Rico - US customers only). Please allow additional delivery time for international orders.

**We Also Carry**

            

| | | | | |
|---|---|---|---|---|
| er Plug, PK200 | Reusable Heavy Weight Length 7 3/4 In | Floor Drain Seal, 48 In W X Length 7 In H | Absorbent Socks, Spill Cleanup Kit | |
| Grainger Item #: 4T147 | Grainger Item #: 4FGGE | Grainger Item #: 3EWN8 | Grainger Item #: 4FP98 | Grainger Item #: 6Z838 |
| Price (pk.)  $33.55 | Price (ea.)  $15.65 | Price (ea.)  $88.50 | Price (ea.)  $15.65 | Price (ea.)  $15.82 |
| Brand: E-A-R | Brand: MASTER LOCK | Brand: ULTRATECH | Brand: MASTER LOCK | Brand: GOJO |
| Qty | Qty | Qty | Qty | Qty |

Add to Order
Add to Personal List   (×5)

Return To Top

Home | Today's Features | Resources | Services | Careers | About Us | Contact Us | Find a Branch | Help | Site Map
SupplyLink | Investor Relations | Terms of Access | Terms of Sale | Return Policy | Privacy Policy (Rev:03/01/2008)
© 1994 - 2010 W.W. Grainger, Inc. All rights reserved.





☒close window



**Search**  Search tips

GO

◉ Keyword/Part # Search
○ Catalog Page # Search

**Order**

MSC

part number                1

🛒 Cart (0)

GO
Order
Pad

Lc

use

pas

HOME | ORDER | SPECIAL OFFERS | RESOURCES | SOLUTIONS | ABOUT MSC | CUSTOMER SUPPORT

STORM SENTINEL   GO

○ search within these results
◉ keyword/part # search
○ catalog page # search

**Search Result Types**

⊟ **Category Results**
(1 Categories)
⊟ Safety
⊞ **Spill Control,
Containment &
Storage**



**Need Help?**

If you need assistance finding your item or additional product information, contact our customer service department at **1-800-645-7270**.

If you have feedback on the search, send us an email or call our E-commerce Team at 1-800-753-7970.

**Search By:**

**Product Attribute Filters**   **Search Powered By Google**

**Choose the search Powered by Google.**   ❓

Results 1 - 6 for **STORM SENTINEL** of 6 | Displaying 30   1

COMPARE ITEMS    ADD TO LIST

| Select | Product Details | Sort by: popularity \| item |
|---|---|---|


Item #: 75331702

**Mfr:** Enpac
**Mfr #:** 1342
Big Book Page 3014
View similar items

Storm Sentinel Adjustable Catch Basin Inserts Type: Non-Leaching Co-Polymer Sock 5 Pk For Use With: Storm Sentinel Adjustable Catch Basin Insert Applications: Oil/Sediment    C

Pı

In st

**Order Qty of 1 = (1) 5 Pack**


Item #: 07173008

**Mfr:** Enpac
**Mfr #:** 1345
Big Book Page 3014
View similar items

Storm Sentinel Adjustable Catch Basin Inserts Type: Drain Dam Applications: Sediment & Oil    C

Pı

In st

**Order Qty of 1 = (1) Piece**


Item #: 07172984

**Mfr:** Enpac
**Mfr #:** 1343
Big Book Page 3014
View similar items

Storm Sentinel Adjustable Catch Basin Inserts Type: Basin Insert w/Sock Applications: Sediment & Oil    C

Pı

In st

**Order Qty of 1 = (1) Piece**


Item #: 07172976

**Mfr:** Enpac
**Mfr #:** 1341
Big Book Page 3014
View similar items

Storm Sentinel Adjustable Catch Basin Inserts Type: Basin Insert Applications: Sediment Only    C

Pı

In st

**Order Qty of 1 = (1) Piece**


Item #: 07172992

**Mfr:** Enpac
**Mfr #:** 1344
Big Book Page 3014
View similar items

Storm Sentinel Adjustable Catch Basin Inserts Type: Basin Insert w/Sock Applications: Sediment & Oil    C

Pı

In st

**Order Qty of 1 = (1) Piece**




Item #: 07172968

**Mfr:** Enpac
**Mfr #:** 1340
Big Book Page 3014
View similar items

Storm Sentinel Adjustable Catch Basin Inserts Type: Basin Insert Applications: Sediment Only    C

Pı

In st

**Order Qty of 1 = (1) Piece**



Hello. Sign in to get personalized recommendations. New customer? Start here.                    FREE 2-Day Shipping: See details

Your Amazon.com    |    Today's Deals  |  Gifts & Wish Lists  |  Gift Cards                    Your Account  |  Help

**Shop All Departments**        Search    Tools & Home Improvement  |                              Cart        Wish List

**Home Improvement**        Bestsellers  Brands    Lamps & Light    Kitchen &    Building    Power &    Hardware    Safety &    Deals &
                                            Fixtures    Bath Fixtures    Supplies    Hand Tools            Security    Bargains

**More Amazon.com Search Results for "enpac insert"**



| | | |
|---|---|---|
| **Enpac 1344 Catch Basin Insert** Buy new: **$122.55** 1 Used & new from $122.55 | **Enpac 1345 Drain Dam Catch Basin Insert** Buy new: **$46.29** 1 Used & new from $46.29 | **Enpac 1340 Sediment Only Rnd Catch Basin Insert** Buy new: **$69.46** 1 Used & new from $69.46 |



See all 6 results

### Enpac 1344 Sediment&oil W/Sck Rec Catch Basin Insert

by Enpac

Be the first to review this item



Price: **$102.77**

**In Stock.**
Ships from and sold by **MSC Industrial Supply Co.**.

**$102.77** + $6.95 shipping
In Stock. Sold by **MSC Industrial Supply Co.**

Quantity:  **1**

**or**

Sign in to turn on 1-Click ordering.

**More Buying Choices**

Have one to sell?

Share

Share your own related images

---

### Customers Viewing This Page May Be Interested in These Sponsored Links  (What's this?)

**Flammable Storage Cabinet**
erosionpollution.com/safety-cabinet  -  safety cabinet, safety storage cabinet, paint, ink, cans. OSHA

**Enpac Spill Pallets**
www.gilmorekramer.com  -  High quality **enpac** spill pallets Toll free assistance available

**Inserts**
MSCDirect.com/**Inserts**  -  Browse Industrial Inserts by Brand, Type & Size. Same Day Shipping!

See a problem with these advertisements? Let us know                                    Advertise on Amazon

---

### Product Specifications

| | |
|---|---|
| Part Number: | 1344 |
| Item Package Quantity: | 1 |

### Technical Details

- Package Quantity: (1) Piece
- Type: Basin Insert w/Sock
- Applications: Sediment & Oil
- Shape: Rectangular
- Fits Drain Size (Inch): 16x20 - 24x36

---

### Product Description

Product Description
Storm Sentinel Adjustable Catch Basin Inserts Type: Basin Insert w/Sock Applications: Sediment & Oil

Catch basin insert - Shop sales, stores & prices at TheFind.com          Page 1 of 4



# thefind

**Login with Facebook**   |   Sign in   |   Create account

**Shop The Web**   **Shop Nearby**    **Shop Like Me**   **Shop Like Friends**

Products   Coupons   Reviews

catch basin insert

Found 27 stores with 77 products matching **catch basin insert**

Did you mean: enpac insert

**Web Results**   Sort by: Best Results
Share: [facebook] [twitter] [email]   1   2   3   Next >



thefind on your iPhone

Search & scan barcodes. Save and access all your finds.

App Store

Also available on
ANDROID

from **$15** to **$3900**

Max
$3900

☐ Coupons      ☐ Shipping Deals

**Stores**

Sort by: Best Results

☐ FaucetDirect.com
☐ BayTec Containers
☐ Build.com
☐ drillspot
☐ Amazon Marketplace
☐ ...ores
☐ ...fety
☐ eb💚 and other marketplaces

Enpac 1341 Catch Basin Insert   ...   Catch Basin Insert   ...   Catch Basin Insert   ...   Catch Basin Insert - Rectangular

$74.11      $123.90      $91.81      $76.92      $103.33

Free Shipping   Free Shipping   dawginc.com
amazon.com   amazon.com
Marketplace   Marketplace

drillspot   drillspot

Adjustable Catch Basin   Catch Basin   Filtration   840 Basin   845 Drain Dam
Drain Insert   Drain Insert   Catch Basin   Drain Round   Catch Basin Insert

$103.33      $146.67      $3,990      $78.60      $46.29

**Colors**

Filter by color:



T

My Account    My Wi

Search our store        Categories      Brands      Catalog      Contact Us

**Home**  >>  Enpac Storm Sentinel™



# Enpac Storm Sentinel™
by Enpac Llc

## Overview

- **300 GPM overflow rate helps avoid ponding.**

## Product Description

The Storm Sentinel Insert is the sure way to catch oil and sedir
sewers. Equipped with an oil-absorbent media in a screened ba
against any potential discharge. Fits any size rectangular catch
basins up to 24 x 26". Custom sizes are available. Helps comply
(1999) when used as Best Management Practice in Storm Wate
tools to install. FOB Shipping Point.

**Ask a question about this product**

Availability: In stock.

| | | | |
|---|---|---|---|
| | | **ENPAC STORM SENTINEL™** | |
| **Product No.** | **Description** | **Size W x L x H** | |
| H1340 | Sediment only, Round | 24 x 9 x 23" | Re<br>Speci |
| H1341 | Sediment only, Rectangle | 24 x 9 x 23" | Re<br>Speci |
| H1343 | Sediment and oil, Round | 24 x 9 x 23" | Re<br>Speci |
| H1344 | Sediment and oil, Rectangle | 24 x 9 x 23" | Re<br>Speci |

Case 2:11-cv-00037-BHS Document 22-2 Filed 03/04/11 Page 19 of 40



1-800-241-6401

Sign In | Register | My Account | Cart (0 items)

Keyword(s) or Item #

| Product Categories | Resource Centers | Tech Info | Customer Service | About Us |

Sign up for free eNewsletters, exclusive offers & more!



Product Index » Water Testing and Sampling » Spill Management » Stormwater Spill Protection »
ENPAC STORM Sentinel Adjustable Catch Basin Inserts » 108548

### ENPAC® STORM Sentinel Adjustable Catch Basin Insert, Sediment Only, Black, Pkg. of 1

Express Order Here

Resource Centers



ENPAC

***Use Adjustable Catch Basin Insert to Trap Stormwater Pollutants in Round Drains***

**Adjustable Catch Basin Insert** has a self-supporting wire frame adjusts to fit round drains from 27–29"-dia. Entire unit fits under the grate with no excess fabric above for a safer pedestrian environment. No trimming required. Overflow outlets allow excessive water from heavy rain showers to bypass the system, reducing flooding or ponding. Maximum overflow rate is up to 300 gpm. Adjustable Catch Basin Insert is manufactured from 8-oz. polypropylene, nonwoven geotextile. Sediment Only. Black. Pkg. of 1.

***Compliance:*** Helps comply with NPDES, EPA 40 CFR 122.26 stormwater regulations.

View Larger

| Qty | Item # | Product | Sell Pack | Click For Avail | Price |
|-----|--------|---------|-----------|-----------------|-------|
| 0 | 108548 | ENPAC STORM Sentinel Adjustable Catch Basin Inserts | EA | ➕ | $59.50 |

**Site Links**
Browse Products
Sitemap
Tech Resources
eCatalog

**About**
Company Info
History

**Account**
My Account
Track an Order
Shopping Cart
Printable Order Forms

**Contact**
Customer Service
Contact Us
Phone: 1-800-241-6401
Fax: 1-800-628-2068

**Site Info**
Report a Problem
Privacy Statement
Terms of Access
Terms of Sale

© 2011 GHC Specialty Brands, LLC.

 **Lab Safety Supply**
**800-356-0783**

Sign In | Register | My Account | 🛒 Cart (0 items)

Search: _____ Go

| Home | Products | Overstocks | Customizeit | Info Library | About Us | Free Catalogs | New Products |

Sign up for free eNewsletters, exclusive offers & more!



Express Order Here

Resource Centers

Product Index > > 108549

## ENPAC STORM Sentinel Rectangular Adjustable Catch Basin Insert Sediment Only, 16" x 20" to 24" x 34"-dia. drains

⬤ ENPAC



⚲ View Larger

- *Sentinel Rectangular Adjustable Catch Basin Insert Sediment Only*, 16" x 20" to 24" x 34"-dia. drains
- Reduces and controls contaminants entering water systems—trapping stormwater pollutants
- Black color
- Inexpensive and easy to use

*Sentinel Adjustable Rectangular Catch Basin Insert Sediment Only* with self-supporting wire frames adjust to fit a variety of rectangular drains. Entire unit is under the grate with no excess fabric above for a safer pedestrian environment. No trimming required. Overflow outlets allow excessive water from heavy rain showers to bypass the system, reducing flooding or ponding. Maximum overflow rate is up to 300 gpm. Manufactured from 8-oz. polypropylene, nonwoven geotextile. 16" x 20" to 24" x 34" dia. drains. Black color. *No. 108548* also available.

*Compliance:* Help comply with NPDES, EPA 40 CFR 122.26 stormwater regulations.

| Qty | Item # | Product | Sell Pack | Click For Avail | Price |
|-----|--------|---------|-----------|-----------------|-------|
| 0 | 108549 | ENPAC STORM Sentinel Rectangular Adjustable Catch Basin Insert Sediment Only, 16" x 20" to 24" x 34"-dia. drains | EA | ⊕ | $60.10 |

| **Site Links** | **Account** | **Lab Safety Services** | **Lab Safety Information** |
|----------------|-------------|-------------------------|----------------------------|
| Browse Products | My Account | Contact Us | FAQ's |
| Sitemap | Order Tracking | Customer Service | Terms of Access |
| Shopping Cart | Sign up for eNewsletters | Ultimate Guarantee | Terms of Sale |
| eCatalog | Manage Email Preferences | Printable Order Form | Trademarks |

**Questions and Orders    Call** 1-800-356-0783 | **Fax** 1-800-543-9910





## Filter Media for HydroKleen® Drain Insert

- o FLT807
  one activated carbon filter
- o FLT808
  for hydrocarbons
- o FLT809
  for phosphorous
- o FLT810
  for heavy metal



## Storm Sentinel™ Drain Protection Insert

- o FLT704
  fits 27" to 29" dia. drains
- o FLT706
  fits drains 16" x 24" to 24" x 34"



## Storm Sentinel™ Drain Protection Insert with Imbiber Beads™

- o FLT705
  fits 27" to 29" drains
- o FLT707

Home
Login/Register

Search Blog          SEARCH   Join Now
                             Start A Blog!

DEBILANDEAUXX BLOG

# // debilandeauxx

Home

## Storm Sentinel Catch Basin Insert

WED, 11/17/2010 - 7:02PM BY DEBILANDEAUXX

Email |      Like      | retweet

0 COMMENTS - 8 VIEWS

// 

**Storm Sentinel Catch Basin Insert**
Find Sales on Storm Sentinel Catch Basin Insert at 50+
Websites.

**Are you looking for Storm Sentinel Catch Basin
Insert?**
Check results for Storm Sentinel Catch Basin Insert on our
free comparison site.

**Find Storm Sentinel Catch Basin Insert**
Stop searching for Storm Sentinel Catch Basin Insert. Find
it here!

//

**Searching for Storm Sentinel Catch Basin Insert**
Discover and compare hundreds of sources for Storm Sentinel
Catch Basin Insert.

**storm sentinel catch basin insert**
storm sentinel catch basin insert

//

1    After many years of theory, field analysis, data, invented programs, research and conclusion, the
2    Sea Life Saver Liner was officially invented in order to collect, capture, contain and filter the
3    containments found in stormwater discharge. As a trained chemical processor and specialist at
4    moon suite levels a catch basin insert was invented by Dr. Chassidy F. Lucas for her designed
5    liner. The "cage / basket" was invented in order to keep the "structure" of the filtering liner
6    allowing any stormwater that fills the liner, in the filtration process, to filter the water containing
7    any particulates and slowly release it. This way the water is CAPABLE to continue the filtration
8    process instead of spilling therefore to NOT cause and contribute uncontrolled pollution to enter
9    our water ways. See the Sea Life Saver catch basin insert patent no. 7,771,591 exhibit "K".

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT K**

US007771591B2

(12) **United States Patent**
Lucas

(10) **Patent No.:** **US 7,771,591 B2**
(45) **Date of Patent:**     **Aug. 10, 2010**

(54) **FILTER SYSTEM FOR CATCH BASINS**

(76) Inventor: **Chassidy Lucas,** 18517 71st Ave. Court
East, Puyallup, WA (US) 98375-2355

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 6 days.

(21) Appl. No.: **11/977,226**

(22) Filed: **Oct. 23, 2007**

(65) **Prior Publication Data**

US 2009/0101553 A1      Apr. 23, 2009

(51) **Int. Cl.**
**E03F 5/06**          (2006.01)
(52) **U.S. Cl.** ...................... **210/163**; 210/337; 210/339;
210/455; 210/474; 210/489; 404/4
(58) **Field of Classification Search** ................ 210/163,
210/164, 170.03, 337, 339, 455, 461, 474,
210/489; 404/4, 5
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,419,232 A | * | 12/1983 | Amtyr et al. | 210/164 |
| 5,405,539 A | * | 4/1995 | Schneider | 210/163 |
| 5,733,445 A | * | 3/1998 | Fanelli | 210/164 |
| 6,086,758 A | * | 7/2000 | Schilling et al. | 210/164 |
| 6,562,233 B1 | * | 5/2003 | Schilling et al. | 210/164 |
| 6,872,029 B2 | * | 3/2005 | Allard et al. | 210/164 |
| 7,112,274 B1 | * | 9/2006 | Sanguinetti | 210/163 |
| 7,132,045 B1 | * | 11/2006 | Transgrud | 210/163 |
| 7,524,414 B1 | * | 4/2009 | Barragan | 210/163 |
| 2008/0290042 A1 | * | 11/2008 | Hanson et al. | 210/164 |

* cited by examiner

*Primary Examiner*—Christopher Upton
(74) *Attorney, Agent, or Firm*—Floyd E. Ivey

(57)             **ABSTRACT**

A first filter basket (**20**) sits down into a catch basin (**10**) and
has an upper flange (**24**) that rests on a shoulder (**14**) provided
in the catch basin (**10**) for supporting a grate (**16**). The filter
basket (**20**) has expanded metal side and bottom walls which
are adapted to pass liquid and catch particulate material larger
in size than the wall openings. A geo-textile liner (**42**) is
optionally positioned inside of the filter basket (**20**). The liner
(**42**) is supported on a lower rim flange (**26**). Posts (**40**) on the
rim flange (**26**) extend upwardly through openings (**66**) in
marginal portions of the liner (**42**). A smaller second filter
basket (**72**) is optionally supported inside the larger first filter
basket (**20**). An absorbent pillow (**90**) may be positioned
between the bottoms of the two filter baskets (**20, 72**) to catch
and absorb oils and greases that are in the liquid that enters the
catch basin (**10**).

**21 Claims, 9 Drawing Sheets**



**Fig. 1
(PRIOR ART)**

**Fig. 2
(PRIOR ART)**

Case 2:11-cv-00037-BHS   Document 22-2   Filed 03/04/11   Page 28 of 40



**Fig. 3**



**Fig. 4**

**Fig. 5**

Case 2:11-cv-00037-BHS   Document 22-2   Filed 03/04/11   Page 30 of 40



**Fig. 6**



**Fig. 7**



**Fig. 8**



**Fig. 9**



**Fig. 10**



**Fig. 11**



**Fig. 12**



90

92          94

**Fig. 13**



40          40

72

20

90          94

**Fig. 14**

US 7,771,591 B2

**1**

# FILTER SYSTEM FOR CATCH BASINS

## TECHNICAL FIELD

The present invention relates to catch basins used in drainage systems. More particularly, it relates to a filter system for removing debris and contaminants, including oil and grease from the drain water so that they will not enter the system of drainage pipes to which the catch basins are connected.

## BACKGROUND OF THE INVENTION

It is common to collect drainage water by use of a system of catch basins which are buried in the ground and are connected to a network of drain pipe. A problem is that the drainage water often includes debris and contaminants, and sometimes oil and grease. It is not desirable for these contaminants to get into the drain water which is expect to eventually reenter the earth's rivers, etc. which include fish, etc. There is a need for an effective and economic system for removing the debris and contaminants from the drainage water. The main object of this invention is to fill this need by providing a filter system installable into the catch basins for catching the debris and contaminants and removing them from the drainage water. It is a further object of the present invention to provide such a filter system which is easy to install, remove and maintain.

## BRIEF SUMMARY OF THE INVENTION

A typical catch basin has side and bottom walls, a top opening and a grate which extends over the top opening. The catch basin is buried and the grate is substantially flush with the surface surrounding the catch basin. Lower interior regions of the catch basins are connected to drainage pipes which form a drainage pipe network. The filter system of the present invention includes a filter basket having horizontal and vertical frame members and pervious side and bottom walls that are secured to the frame members. An outwardly directed upper flange is adapted to set down onto the grate supporting shoulder of the catch basin when the filter basket is inside the catch basin. An inwardly directed lower flange is spaced below the upper flange, and a vertical wall extends between the upper and lower flanges. The lower flange includes vertically upwardly extending posts spaced laterally from the vertical wall.

Another aspect of the invention is the provision of a filter member that is smaller than the filter basket. The filter member is positioned inside the filter basket and has side and bottom walls. The sidewalls include upper rim portions which include openings for receiving the posts on the lower flange of the filter basket. Preferably, the filter member is made from a fabric material that is adapted to absorb small particles.

In preferred form, one, some or all of the sidewalls of the filter member include a cutaway that extends from an upper edge of the sidewall downwardly into the sidewall. In preferred form, all four of the sidewalls of the filter member have these cutouts. In some embodiments, the upper rim portion of the filter member includes four side parts, one for each sidewall of the filter member. Two openings are provided in each side part of the rim portion. The lower flange of the filter basket includes a post for each said opening.

According to another aspect of the invention, a second filter basket is provided and is sized to set inside the first filter basket. The second filter basket has side and bottom walls that are spaced inwardly and upwardly from the side and bottom walls of the first filter basket. The second filter basket has a

**2**

flange at its upper end that includes openings into which the mounting posts are received when the second filter basket is in the first filter basket. When the second filter basket is inside the first filter basket, spaces exist horizontally between the sidewalls of the first and second filter baskets and vertically between the bottoms of the first and second filter baskets.

According to yet another aspect of the invention, an absorbent filter pillow is positioned inside the first filter basket between the bottom of the first filter basket and the bottom of the second filter basket. This absorbent filter pillow includes a pervious cover or casing and oil-absorbing filler material inside the cover or casing.

Preferably, the side and bottom walls of the filter baskets are constructed from expanded metal. In some embodiments, the filter basket has four quadrate sides and a quadrate bottom. In other embodiments, the filter basket has a cylindrical sidewall, a circular bottom wall, and a top flange in the form of a circular ring.

Other objects, advantages and features of the invention will become apparent from the description of the preferred embodiments set forth below, from the drawings, from the claims and from the principles that are embodied in the specific structures that are illustrated and described.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

Like reference numerals refer to like parts throughout the several views of the drawing, and:

FIG. 1 is a fragmentary pictorial view of a conventional catch basin, with a grate at its top shown spaced vertically above the grate's installed position;

FIG. 2 is a fragmentary sectional view showing an edge portion of the grate sitting down onto a shoulder formed in the main body of the catch basin, such view showing the shoulder supporting an edge portion of the grate;

FIG. 3 is a view like FIG. 1, but showing a filter basket of the present invention positioned between the catch basin and the grate;

FIG. 4 is a view like FIG. 2, but showing an edge portion of the filter basket being supported on the shoulder of the grate;

FIG. 5 is an exploded pictorial view of a three-piece liner in an unassembled condition;

FIG. 6 is a view like FIG. 5, but showing the parts of the liner connected and the liner being adapted to fit into the filter basket;

FIG. 7 is a view showing a corner region of the liner shown by FIG. 6, such view showing a way of connecting the sidewalls of the liner;

FIG. 8 is a fragmentary sectional view taken where a mounting ring on a mounting flange portion of the liner is on a mounting pin carried by a flange that projects laterally inwardly from a rim portion of the filter basket;

FIG. 9 is a fragmentary plan view of the liner flange showing the mounting pin and mounting ring;

FIG. 10 is an exploded pictorial view of the filter basket shown by FIG. 1 and a second smaller filter basket that is adapted to fit inside the first filter basket of FIG. 1;

FIG. 11 is a view like FIG. 8, but showing the smaller filter basket positioned inside the larger filter basket with its supporting flange resting on the supporting flange of the larger filter basket;

FIG. 12 is a view like FIG. 10, but showing filter baskets having a cylindrical shape;

FIG. 13 is a pictorial view of an oil absorbent filter pillow, taken from above and looking down towards the top and two sides where they meet at a corner such view showing the

US 7,771,591 B2

3                                                                     4

foreground corner portion of the pillow cut away and showing the oil absorbing material that is inside the pillow; and

FIG. 14 is a vertical sectional view taken through both baskets and the oil absorbent filter pillow.

DETAILED DESCRIPTION OF THE
ILLUSTRATED EMBODIMENT

FIGS. 1 and 2 show a conventional catch basin 10 which is typically constructed from concrete and includes closed side and bottom walls and an open top. The top is surrounded by a rim 12 and a shoulder 14 spaced below the rim 12. Shoulder 14 normally receives and supports a grate 16 which is typically constructed from cast iron. FIG. 2 shows an edge portion 18 of the grate 16 resting on the shoulder 14. FIG. 3 shows a filter basket 20 that is adapted to fit down inside the catch basin 10. Filter basket 20 has an upper rim portion 22 comprising an upper flange 24, a lower flange 26 and a vertical wall 28. Actually, upper rim structure 22 has four flanges 24, four flanges 26, and four walls 28. Each flange 24 projects laterally outwardly from its wall 28 and each flange 26 projects laterally inwardly from its wall 28. Flanges 24 and 26 are parallel to each other and perpendicular to the walls 28, as clearly shown in FIG. 4.

In addition to the upper rim structure 22, the basket 20 has horizontal and vertical frame members that are best shown by FIGS. 3, 4 and 8. The frame members include an upper horizontal frame member 30 on each side, vertical frame members 32 at each corner and horizontal frame members 34 extending between the bottom ends of the frame members 32. As shown by FIGS. 4 and 8, the upper horizontal frame members 30 extend vertically and are parallel to walls 28 and are perpendicular to flanges 24, 26. Frame members 32, 34 are preferably lengths of angle iron. The four sides and bottom walls of the basket 20 are preferably constructed from sheets of expanded metal or some other suitable pervious material. These walls 36 are welded to the frame members 30, 32, 34.

The basket 20 is adapted to fit inside the catch basin 10 with its upper flanges 24 resting on the shoulder 14, as shown by FIG. 4. Once the filter basket is inside the catch basin 10, the grate 16 can be installed so that it will sit down onto the flanges 24. The presence of the flanges 24 will raise the grate 16 slightly from the position it occupies on the shoulder 14 when the basket 20 is not inside the catch basin 10.

As shown by FIGS. 3, 4, 8, 10 and 11, the flanges 28 are provided with vertical posts 40. Posts 40 are spaced apart on the lower rim flange 26. By way of typical example, there may be two posts 40 on each rim flange 26. The posts 40 extend vertically and are perpendicular to the flanges 26. The purpose of the posts 40 is hereinafter described.

When the filter basket 20 is inside the catch basin 10, everything that enters the catch basin 10 through the openings 42 in the grate 16 must first enter the filter basket 20 before going any further in the catch basin 10. As can be easily appreciated, solid materials that are small enough to pass through the grate openings 42 but too large to pass through the openings in the side and bottom walls of the basket 20 are collected in the basket. The openings in the side and bottoms walls of the filter basket 20 are small enough that all but the smallest particulate material is captured in the filter basket 20.

FIGS. 8, 11 and 14 illustrate a nesting filter device comprising at least a larger filter basket (22). Seen in FIGS. 8, 11 and 14 are successive additional filter devices added in addition to the at least a larger filter basket (22). The filter basket 20 may be provided with a geo-textile liner for increasing the filtration effectiveness of the system. Referring to FIGS. 5-7,

the liner 42 may be constructed to have four sidewalls 54, 56, 58, 60 and a bottom wall 62. As shown by FIG. 5, the liner 42 may be conveniently constructed from three pieces of the liner material. Two pieces form the sidewalls 54, 58. A third larger piece forms the sidewalls 56, 60 and the bottom 62. As shown by FIG. 5, a piece of the material is cut to the proper size to form sidewalls 56, 60 and bottom 62. The sidewall portions 56, 60 of the material are bent upwardly relative to the rest of the material which forms the bottom 62. Members 54, 58 are suitable sized to close the ends of the U-shaped structure 56, 60, 62. As shown by FIG. 7, at the corners where they meet, the sidewall panels 54, 56, 58, 60 may be brought together and connected by stitching 64 which extends through border portions of the panels 54, 56, 58, 60 at the four corners. A suitable fabric for use in making the liner is a membrane liner that was developed for hazardous waste containment. This material is used in roadways, parking lots, construction compounds, industrial storage areas, embankments, dykes, railways, and ridge abutments, and also as a liner for landfills. PermeaTex is a trademark for a particular geotextile product that is marketed by Northwest Linings & Geotextile Products, Inc., having a business address of 21000 77th Avenue S., Kent, Wash. 98032. There are similar linings made by other manufacturers. For example, Geotextiles TNS Advance Technologies makes woven and non-woven geotextiles. Geotextiles TNS Advance Technologies has a place of business at 681 De Young Rd., Greer, S.C. 29651.

As shown by FIG. 6, the upper margins of the sidewalls 54, 56, 58, 60 are provided with openings 66 which are sized and positioned to receive the posts 40 on the lower rim flange 26 of basket 20. Preferably, the openings 66 are reinforced by metal rings or grommets 68 or some other suitable reinforcing structure. FIG. 9 shows that with the grommet 68 attached to the fabric members 54, 56, 58, 60, around the openings in the fabric, the center openings in the grommets 68 become the pin-receiving openings 66.

Referring to FIG. 6, the upper portions of the liner sidewalls 54, 56, 58, 60 may be cut away at 70, between the openings 66. This provides some adjustability for the upper corner portions of the liner 42, facilitating the installation of the liner 42 inside the basket 20. The cutouts 70 start at the upper edges of the sidewalls 54, 56, 58, 60 and extend downwardly into the sidewalls 54, 56, 58, 60. Their presence facilitates the movement of the liner necessary to register the posts 40 with the openings 66. The cutouts 70 also provide passageways for some of the liquid collected in the liner whenever the pores of the liner become plugged.

The liner height d is a variable. The height d may substantially equal to the height of the inner space of the basket 20 or may be smaller, as shown in FIG. 6.

When the filter basket 20 is used without a liner 42, it must be periodically removed, emptied and cleaned. When the liner 42 is used, it must be removed and cleaned whenever its pores become clogged.

The filtration system may include a second filter basket 72 that is sized to fit down into the larger first filter basket 20. This is shown by FIGS. 10 and 14. Basket 72 has an upper rim 74 composed of side members 76 which are connected together where they meet at the corners of the basket 72. Filter basket 72 includes upper and lower horizontal frame members 78, 80 and vertical corner frame members 82. Filter basket 72 also includes sidewalls and a bottom constructed from expanded metal or some other suitable pervious material.

The smaller filter basket 72 is sized to fit down into the larger filter basket 22 with its rim 74 resting on the rim flange 26 and the posts 40 extending through openings in rim 74. The

US 7,771,591 B2

5   6

inner basket 72 may be used along with the liner 42 in which case the liner 42 is installed first and then the filter basket 72 is installed (FIG. 11). Or, the absorbent liner 42 may be omitted and an absorbent pillow 90 may be used in its place. As shown by FIG. 13, pillow 90 is similar in construction to a head pillow in that it consists of an outer fabric cover or casing 92 and a filler material 94. As shown by FIG. 14, when the smaller filter basket 72 is inside the larger outer basket 20, a vertical space exists between the bottoms of the two baskets. Preferably, the pillow 90 is adapted to fit in and perhaps fill the vertical space between the two baskets 20, 72. The filler material 94 may be a material which will catch and absorb oils and greases that are in the drain water. When the system shown by FIG. 14 is used, the debris in the drain water will be captured in the inner basket 72. The drain water will pass through the openings in the sidewalls of the two baskets 72, 20 and move to the bottom of the catch basin 10 where drain pipes are connected. The drain water then will be absorbed by the filter pillow 90. When it comes time to clean the system, it is only necessary to remove the grate 16 and pull the inner basket 72 out from inside the outer basket 20. Then, the absorbent pillow 90 can be removed and cleaned or replaced by another filter pillow 90. It may not be necessary to remove the outer basket 20 or, if the sidewalls and/or bottom of the outer basket 20 need to be cleaned, it can be easily removed from the catch basin, cleaned, and then returned. All of these procedures can be quickly and easily performed by a single person.

It is within the scope of the invention to use cylindrical baskets 100, 102 with cylindrical catch basins (not shown). The baskets 100, 102 may include upper rim structures 104, 106, lower rim structures 108, 110 and expanded metal sidewalls 112, 114. The larger basket 100 may include a lower rim flange 116 which includes posts 118. It may also include an upper rim flange 120 which is adapted to sit down onto the grate-supporting shoulder of a cylindrical catch basin. The smaller basket 102 includes an upper rim flange 122 having post-receiving openings 124.

The illustrated embodiments are examples of the present invention and, therefore, are non-limitive. It is to be understood that changes in the particular structure, materials and features of the invention may be made without departing from the spirit and scope of the invention. Therefore, it is my intention that my patent rights not be limited by the particular embodiments that are illustrated and described herein, but rather the invention is to be determined by the following claims, interpreted according to accepted doctrines of patent claim construction.

What is claimed is:

1. A filter system for a catch basin that receives water runoff and includes a top inlet surrounded by a shoulder for receiving and supporting a grate, said filter system comprising:

a nesting filter system comprising a least one filter device; and

the at least one filter device comprising at least a larger filter basket (22) comprising horizontal and vertical frame members and pervious side and bottom walls secured to the frame members, an upper rim including an outwardly directed upper rim flange adopted to set down onto the grate supporting shoulder of the catch basin when the larger filter basket (22) is inside the catch basin, an inwardly directed lower rim flange spaced below the upper flange, and a vertical wall extending between the upper and lower rim flanges; and

said lower rim flange including vertically upwardly extending posts spaced laterally from the vertical wall.

2. The nesting filter system of claim 1, further comprising;

the at least one filter device further comprising a liner (42) having four sidewalls (54), (56), (58), (60) and a bottom wall (62) is sized to be positioned inside the larger filter basket (22) and having an upper flange portion which includes openings for receiving the posts on the lower rim flange of the larger filter basket (22), said posts extending through said openings.

3. The nesting filter system of claim 2 wherein the liner (42) is made from a fabric material adapted to absorb small particles.

4. The nesting filter system of claim 2, wherein at least one of the sidewalls of the liner (42) includes a cut away portion that extends from an upper edge of the sidewall downwardly into the sidewall.

5. The nesting filter system of claim 4, wherein all four sidewalls of the liner (42) have cutouts extending from upper edges of the walls downwardly into the walls.

6. The nesting filter system of claim 5, wherein the upper flange portion of the liner (42) includes four side parts and two openings in each side part, and the lower rim flange of the filter basket includes a post for each said opening.

7. The nesting filter system of claim 6, wherein the openings in the upper flange portion of the liner (42) are structurally reinforced by a ring member that surrounds the opening.

8. The nesting filter system of claim 2, further comprising;

a second filter basket (72) that sits down into the liner (42); and

the second filter basket (72) has side and bottom walls spaced inwardly and upwardly from the side and bottom walls of the liner (42); said second filter basket (72) having a flange at its upper end that includes openings into which the mounting posts are received when the second filter basket (72) is seated down into the liner (42).

9. The nesting filter system of claim 1 further comprising;

a second filter basket (72) that sits down into the at least a larger filter basket (22) and has side and bottom walls spaced inwardly and upwardly from the side and bottom walls of the at least a larger filter basket (22), said second filter basket (72) having a flange at its upper end that includes openings into which the mounting posts are received when the second filter basket (72) is in the at least a larger filter basket (22), whereby when the second basket (72) is inside the at least a larger basket (22) spaces exist horizontally between the sidewalls of the at least a larger filter basket (22) and the second filter basket (72) and vertically between the bottoms of the at least a larger filter basket (22) and the second filter basket (72).

10. The nesting filter system of claim 9, further comprising an absorbent filter pillow positioned inside the at least a larger filter basket (22) between the bottom of the at least a larger filter basket (22) and the bottom of the second filter basket (72).

11. The nesting filter system of claim 10, wherein the absorbent filter pillow includes a pervious casing and an oil absorbing filler material inside the casing.

12. The nesting filter system of claim 1, wherein the at least a larger filter basket (22) has expanded metal side and bottom walls.

13. The nesting filter system of claim 1, wherein the at least a larger filter basket (22) has four quadrate sides and each side and the bottom is a quadrate.

14. The nesting filter system of claim 13, wherein the at least a larger filter basket (22) has expanded metal side and bottom walls.

US 7,771,591 B2

**7**

15. The nesting filter system of claim 1, wherein the at least a larger filter basket (22) has a cylindrical sidewall and a circular bottom wall, and the top flange is a circular ring.

16. The nesting filter system of claim 15, wherein the at least a larger filter basket (22) has expanded metal side and bottom walls.

17. A nesting filter system for a catch basin that receives water runoff and includes a top inlet surrounded by a shoulder for receiving and supporting a grate, said filter system comprising:

at least a larger filter basket (22) comprising horizontal and vertical frame members and pervious side and bottom walls secured to the frame members, an upper rim including an outwardly directed upper rim flange adopted to set down onto the grate supporting shoulder of the catch basin when the first filter basket is inside the catch basin, an inwardly directed lower rim flange spaced below the upper flange, and a vertical wall extending between the upper and lower rim flanges;

a second filter basket (72) that sits down into the at least a larger filter basket (22) and has side and bottom walls spaced inwardly and upwardly from the side and bottom walls of the at least a larger filter basket (22), said second

**8**

filter basket (72) having a flange at its upper end that sits down on the lower rim flange of the at least a larger filter basket (22) when the second filter basket (72) is in the at least a larger filter basket (22); and whereby when the second basket (72) is inside the at least a larger filter basket (22) spaces exist horizontally between the sidewalls of the first and second baskets and vertically between the bottoms of the first and second baskets.

18. The nesting filter system of claim 17, further comprising an absorbent filter pillow positioned inside the first filter basket between the bottom of the first filter basket and the bottom of the second filter basket.

19. The nesting filter system of claim 18, wherein the absorbent filter pillow includes a pervious casing and an oil absorbing filter material inside the casing.

20. The nesting filter system of claim 17, wherein each filter basket has four quadrate sides and each side and the bottom is a quadrate.

21. The nesting filter system of claim 17, wherein each filter basket has a cylindrical sidewall and a circular bottom wall, and the top flange is a circular ring.

* * * * *

1   After the Patent 7,771,591 was administered to Dr. Chassidy F. Lucas Ph.D. on August 10, 2010.
2   Tim Reed and Roni Sasaki were first verbally warned to discontinue the infringement of the
3   "591" liner. Then after receiving a fax by Enpac, on October 30, 2010 Enpac attorney Mr.
4   Randolph E. Digges, III was sent the following notification and design agreement see exhibit "L"

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

24